**Order entered March 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01714-CV

### RICKEY L. AND KAREN HOLLAND, Appellants

### V.

### FRIEDMAN & FIEIGER, ET AL, Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-15867**

## ORDER

On the Court's own motion, we **ORDER** Sharon Hazlewood, Official Court Reporter for the Criminal District Court No. 7, to file, within seven (7) days of the date of this order, a certified copy of the record from the January 13, 2012 hearing on appellants' motion for recusal.

/David Schenck/
DAVID SCHENCK
JUSTICE